### 18584. KING *v.* BALKCOM, Warden.

WYATT, Presiding Justice. The instant case is identical on its facts and is controlled by *Jones* v. *Balkcom,* ante.

*Judgment affirmed. All the Justices concur.*

ARGUED MAY 10, 1954—DECIDED MAY 31, 1954.

*A. T. Walden, E. S. D'Antignac,* for plaintiff in error.

*J. T. Grice, Deputy Assistant Attorney-General, John J. Flynt, Jr., Solicitor-General,* contra.